LUGRAND et·al. v. HARRIS.

No. 1960. Opinion Filed November 14, 1911.

(119 Pac. 127.)

**APPEAL AND ERROR**—Dismissal—Failure to File Brief. Same as that in Leavitt et al. v. Commercial National Bank, 26 Okla. 164, 109 Pac. 71.

(Syllabus by the Court.)

*Error from District Court, Okfuskee County; John Caruthers, Judge.*

Action between E. L. Lugrand and others and Annie Harris by her guardian, Crittenden Smith. From the judgment, Lugrand and others bring error. Dismissed.

*C. T. Huddleston,* for plaintiffs in error.

*W. W. Wood,* for defendant in error.

WILLIAMS, J. On August 30, 1910, petition in error, with transcript attached, was filed with the clerk of this court. On September 21, 1911, defendant in error filed a motion, which shows service upon attorney for plaintiffs in error, praying that the appeal be dismissed on account of failure to comply with rule 7 of this court (20 Okla. viii, 95 Pac. vi.), requiring plaintiff in error to prepare and serve brief on defendant in error within 40 days after the filing of the petition in error. This appears not to have been done.

The appeal is therefore dismissed.

All the Justices concur.